IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-HC-2181-BO

| | | |
|---|---|---|
| CURTIS HOUGH, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROY COOPER, | ) | |
| Respondent. | ) | |

On August 13, 2015, Curtis Hough filed a petition for writ of habeas corpus within this district. Pet., D.E.1. On August 17, 2015, an order was entered which notified petitioner that the petition was deficient because: 1) petitioner did not pay the five dollar ($5.00) filing fee or file an application to proceed without the prepayment of fees. Order, D.E. 3. The necessary and appropriate forms were also provided. Petitioner was directed to correct the deficiency within twenty-one (21) days of the August 17, 2015 order, and he was cautioned that failure to do so may result in dismissal of his action without prejudice. Id. Petitioner did not respond on the proper forms, did not correct the deficiencies, but filed a non-sensical objection as well as a request for oral argument. The time to correct the deficiencies has run without proper response. Specifically, petitioner has not paid the filing fee or submitted an application to proceed without the prepayment of fees or returned the forms provided to him.

Accordingly, the matter is DISMISSED without prejudice and the case is CLOSED.

SO ORDERED, this 24 day of September 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE